IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07- 01-MPT |
| | ) |
| CHRISTINA CAREEN BRNIK, | ) |
| | ) |
| Defendant. | ) |

**FILED JAN 5 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count 1

On or about November 26, 2006, in the District of Delaware, Christina Careen Brnik, the defendant, being an employee of HSBC, a banking institution the deposits of which then were insured by the Federal Deposit Insurance Corporation, with intent to defraud the said institution, did knowingly and willfully embezzle $990 in moneys from the said institution by using her position with the bank to open credit card accounts without the authorization of the named accountholder, in violation of Title 18, United States Code, Section 656.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 1-4-07