AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
CHRISTINA CAREEN BRNIK

**SUMMONS IN A CRIMINAL CASE**

Case Number: 07-01M- MPT

Newark, DE 19702

REDACTED

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | Date and Time<br>1/25/07 at 1:00 PM |

**\*\* Please report to the U.S, Marshal's office Rm #100 by NOON**

To answer a(n)

☐ Indictment   x  Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title _____ 18 _____ United States Code, Section(s) _____ 656 _____

Brief description of offense:

BANK EMBEZZLEMENT

FILED

JAN 2 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

January 17, 2007  at  Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer




**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7939 8746**
Status: **Delivered**

Your item was delivered at 4:31 PM on January 19, 2007 in NEWARK, DE 19702.

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )


**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy