IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE #  07-01M-MPT |
| CHRISTINA BRNIK | ) PLEASE DIRECT ALL INQUIRIES ) TO 573-6128 |
| Defendant. | ) |

## NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for an **CHANGE OF PLEA HEARING on the MISDEMEANOR INFORMATION** before the Honorable Mary Pat Thynge, on **OCTOBER 18, 2007 AT 1:00 PM** in  Courtroom #6C, 6th Floor,   Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 10/16/07

To: Christina Brnik

cc: Counsel



FILED
OCT 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE