IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-01M-MPT |
| ) | |
| CHRISTINA CAREEN BRNIK, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF PLEA AGREEMENT**

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Christina Careen Brnik, by and through the defendant's attorney, Eleni Kousoulis, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall enter a guilty plea to the one count misdemeanor Information, charging Embezzlement by a Bank Employee, a violation of Title 18, United States Code, Section 656, which carries a maximum penalty of 1 year imprisonment, a $100,000 fine, one year supervised release, restitution, and a $25 special assessment.

2. The defendant acknowledges that the elements of embezzlement by a bank employee are: a) the defendant was an employee of a bank; b) the bank was insured by the Federal Deposit Insurance Corporation; c) the defendant knowingly and willfully embezzled funds of the bank; and d) the defendant acted with intent to injure and defraud the bank.

3. The defendant acknowledges that she caused HSBC to suffer a loss of $990.

4. The defendant agrees to pay the special assessment on the day of sentencing.

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

5.  The United States agrees that in consideration of the defendant's timely guilty plea, the Government will not oppose a two point reduction in the Offense Level for the defendant's affirmative acceptance of responsibility, pursuant to Sentencing Guideline Section 3E1.1. If the offense level is 16 or higher, the United States will move for an additional one point reduction.

6.  The defendant understands that at sentencing the District Court must consult the United States Sentencing Guidelines ("U.S.S.G.") and take them into account in exercising its discretion to determine the appropriate sentence and must also consider the other factors bearing on an appropriate sentence pursuant to 18 U.S.C. § 3553(a). The defendant further understands that the Government will ask the Court to calculate the appropriate sentence under the U.S.S.G. and likely will ask the Court to impose a sentence consistent with the U.S.S.G.

7.  It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney

_Eleni Kousoulis_
Eleni Kousoulis, Esquire
Attorney for Defendant

_Edmond Falgowski_
Edmond Falgowski
Assistant United States Attorney

_Christina Brnik_
Christina Careen Brnik, Defendant

Dated: 10-18-07

AND NOW this __18__ day of __October__, 2007, the foregoing **Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.**

_____
Honorable Mary Pat Thynge
United States Magistrate Judge