PS 8
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 07-01m (MPT) |
| Christina Careen Brnik | ) |
| Defendant | ) |

**REDACTED**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Frank Kurzeknabe PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christina Careen Brnik who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Wilmington, Delaware, on the 25h day of January, 2007 under the following conditions:

Please see attached.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Please see attached.

**PRAYING THAT THE COURT WILL ORDER** a summons for Christinia Brnik, so that she may appear before the Court for a hearing on the alleged violations of her conditions of release.

ORDER OF COURT

So ordered this __8__ day
of __November__, 2007.

_____
Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U. S. Pretrial Services Officer

Executed on    November 7, 2007

Place    Wilmington, Delaware

FILED
NOV 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Evidence:** On September 17, 2007, the defendant's mother Debbie Brink, telephoned the pretrial services officer and informed that the defendant was no longer residing at her Court authorized residence at                                          in Newark, Delaware. The defendant had relocated to another residence located at                                          in Wilmington, Delaware. The defendant reported this residence change to the pretrial services officer during an office visit on September 28, 2007.

**Condition of Release:** (p) "Refrain from use or the unlawful possession of a narcotic drug or other controlled substance defined in 21, U.S.C., 802, unless prescribed by a licensed practitioner."

**Evidence:** The defendant was arrested by Delaware State Police Troop 6 on October 11, 2007 on the charge of Possession of Marijuana. Information cited in the complaint filed in Justice of the Peace Court 10 by Delaware State Police on October 11, 2007, stated that during the defendant's arrest on that same date, on the charge of Shoplifting,, the defendant was found to be knowingly and unlawfully in possession of marijuana in violation of Delaware Code, Title 16, Section 4714(d) (19).

**Condition of Release:** (u) "Report as soon as possible, to the pretrial services office or supervising officer with any law enforcement, including but not limited to, any arrest, questioning, or traffic stop."

**Evidence:** The defendant was arrested by Delaware State Police Troop 6 on October 11, 2007, on the charges of Possession of Marijuana and Shoplifting Under $1,000.00. The defendant appeared for an office visit with her pretrial services officer on October 12, 2007. During that office visit, the pretrial services officer inquired if the defendant had incurred any police contact or arrests during the past 30 days. The defendant reported no police contact, arrests or any other legal problems during the past 30 days. Knowledge of this police contact and arrest was presented to the pretrial services by the assigned presentence officer who detected the arrest during a routine criminal history check. As of November 7, 2007, the defendant has failed to report this police contact and arrest.

(7)(a)  The defendant shall report to Pretrial Services as required by that agency.

(e)  Maintain or actively seek employment.

(i)  No travel outside the state of Delaware unless authorized by Pretrial Services and maintain present residence with parents.

(o)  Refrain from any use of alcohol.

(p)  Refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C., 802, unless prescribed by a licensed medical practitioner.

(q)  Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(u)  Report as soon as possible, to the pretrial services office or supervising officer with any law enforcement, including, but not limited to, any arrest, questioning, or traffic stop.

(v)  Report any medications or prescriptions to Pretrial Services Officer. Continue mental health treatment with Dr. Handler and provide pretrial services with confirmation as directed by that agency.

(w)  Regarding item (7)(I), must obtain permission from Pretrial Services no less than 24 hours before the scheduled travel.

(x)  Not apply for any credit cards or lines of credit. Refrain from unauthorized prescription drug use.