1b-01                                                    07-01m-MPT

Dear Judge Thein                                         1-22-08

My name is Christina Brnik. I am writing you in regards to my 60 Day Sentence. I would like to start off by saying Thank You. You have opened my eyes and have started to learn a valuable lesson. I have found God again I read the bible everynight. And go to bible study and prayer group. I'm closer with myself again. I do agree that I had that careless attitude. But I do relize that life is no longer about me but about my son Brendan. I have to do whats right for him! I am not only hurting myself by being behind bars but I'm hurting my family. I am going to miss my sons 4th birthday Feb 26th. I am putting alot of stress on my parents as well and they don't deserve this. I want to better myself as a person, mother and daughter. The only way to do that is to get help. But being behind bars I can't do that. In prision they don't offer anyway to rehabilitate yourself, no cousiling no group no mental health. How can someone better themselves when prision doesn't offer them more then one aveanue to go down? Jail is for alot of people but some of us who would like to get on track and seek help or mental health should go to Rockford Center. Atleast there you can see a counsler or get help through group or medicane. I belive that Rockford would benifet me alot →

better in life than Jail. It will help me become a stronger person and help me become a woman. and a better mother. I hope you take this letter and see that I am taking it upon myself to ask for help. Please consider this letter. It would help benifit my self as well as my son. As a Judge. and person wouldn't you rather me be some where that I can recive help in bettering myself that Staring at 4 walls and doing nothing here for 60 days. Please help! God Bless you.

Sincerly

Christina Brnic

Brink Christine
052-07-015
FDC Phila.
P.O Box 500
Philadelphia, PA 19105

PHILADELPHIA PA 191
24 JAN 2008 PM 3

Judge Mary Tynan
United States Federal Courthouse
King St Box 8
Wilmington DE 19801

1S80183557 C012

